UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carolyn Towne

    v.                                  Case No. 21-cv-682-AJ

Tri-Country Community Action Program

## JUDGMENT

In accordance with the Endorsed Order dated November 22, 2022, issued by Magistrate Judge Andrea K. Johnstone, judgment is hereby entered.

                                              By the Court:

Date: November 28, 2022

                                              Daniel J. Lynch
                                              Clerk of Court

cc: Counsel of Record